# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,   CIVIL NO.: 11-10919

       Plaintiff,   HON. ROBERT H. CLELAND

v

STEPHEN E. CONNOR,

       Defendant.
_____/
SHERMETA, ADAMS & VON ALLMEN, P.C.
BY: Deborah A. Winslow (P58364)
Attorneys for Plaintiff
P.O. Box 80883
Rochester Hills, MI 48308
(248) 517-1700

STEPHEN E. CONNOR
Defendant, In Pro Per
1019 Pinetree Dr.
Ann Arbor, MI 48103
_____/

## ORDER OF SUMMARY JUDGMENT

     This matter is before the Court on the Motion of Plaintiff, United States of America, for Summary Judgment. The Court having received all pleadings, affidavits, exhibits, and the entire record finds Plaintiff's Motion to be well taken.

     IT IS SO ORDERED that Plaintiff's Motion for Summary Judgment [Dkt # 11] is Granted. Judgment shall issue in favor of the Plaintiff, United States of America, and against Defendant, STEPHEN E. CONNOR, in the amount of $72,017.08 as of September 14, 2011, plus pre-judgment interest, plus filing costs of $350.00, with post-judgment interest to run on the unpaid Judgment at the legal interest rate in effect on such date.

                                          S/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: September 21, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, September 21, 2011, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522