UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiffs,

v.                                                Case No. 11-10919

STEPHEN E. CONNOR,

    Defendant.
                                                /

## JUDGMENT

In accordance with the court's September 21, 2011, "Order of Summary Judgment,"

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff United States of America and against Defendant Stephen E. Conner in the amount of $72,017.08 as of September 14, 2011, plus pre-judgment interest, plus filing costs of $350.00, with post-judgment interest to run on the unpaid Judgment at the legal interest rate in effect on such date. Dated at Detroit, Michigan, this 21st day of September, 2011.

                                                          DAVID J. WEAVER
                                                          CLERK OF THE COURT

                                                     BY: S/Lisa Wagner
                                                          Lisa Wagner, Deputy Clerk
                                                          and Case Manager to
                                                          Judge Robert H. Cleland